## MATLOCK'S Administrator v. TINGLE.

APPEAL from the *Bartholomew* Circuit Court.

*Per Curiam.*—Action upon a promissory note. Trial, finding, and judgment for the defendant.

The case comes before us on the evidence, from an examination of which, we are of opinion that a new trial, which was asked for, should have been granted.

The judgment below is reversed, with costs, and the cause remanded.

*Francis T. Hord*, for the appellant.

*S. Stansifer*, for the appellee.